DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARGARITA Z. BOGOMOLOV,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** etc.,
Appellee.

No. 4D2025-1100

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502019CA000058XXXXMB.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Kimberly George of Deluca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***